## STATE OF CONNECTICUT *v.* THOMAS HUGHES

The defendant's petition for certification for appeal from the Appellate Court, 58 Conn. App. 784 (AC 19119), is denied.

*Robert J. Sullivan, Jr.*, in support of the petition.

Decided November 8, 2000

## SANDRA DORFMAN *v.* FIRST CHOICE CONSTRUCTION CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 59 Conn. App. 81 (AC 19165), is denied.

*Robert L. Trowbridge*, in support of the petition.

*Christopher G. Winans*, in opposition.

Decided November 8, 2000

## JULIE WAY *v.* BRYAN WAY

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 189 (AC 17974), is denied.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Jeffrey W. Hill* and *Raymond L. Baribeault, Jr.*, in support of the petition.

*Mary E. Leckey*, in opposition.

Decided November 8, 2000